IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE LINDA OSINUPEBI, | CIVIL ACTION<br><br>NO. 21-602-KSM |

## ORDER

**AND NOW**, this 14th day of June, 2021, upon consideration of Nasr Properties I, LLC's Motion to Quash Appeal (Doc. Nos. 5 & 6), Oluwaseyi Osinupebi's brief in support of appellate standing (Doc. No. 14), the Bank of New York Mellon's brief in opposition to standing (Doc. No. 15), and Osinupebi's reply brief in support of appellate standing (Doc. No. 16), it is **ORDERED** that the motion is **GRANTED** and the appeal is **QUASHED** for lack of standing. The Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.